**Motion Granted; Order filed May 5, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00463-CV

_____

### CHRISTOPHER MICHAEL DUPUY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-18982**

## ORDER

Appellant filed a motion requesting to review the record in order to file a pro se brief. The motion is granted.

Accordingly, we hereby direct the Judge of the 280th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **May 20, 2020;** that the clerk of that court certify to this court the date on which

delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.